IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| NAOMI A. HOOD | § | |
| v. | § | CIVIL ACTION NO. 6:06cv196 |
| COMMISSIONER, SSA | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that Plaintiff's Motion to Reopen and Alternatively Remand (document #16) be denied and that the above-entitled social security action be dismissed with prejudice. No written objections have been filed. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that Plaintiff's Motion to Reopen and Alternatively Remand (document #16) is **DENIED** and that the above-entitled case is **DISMISSED** with prejudice. Any motion not previously ruled on is **DENIED**.

**So ORDERED and SIGNED this 22nd day of August, 2007.**



**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**